# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**WENDELL DALE WILLIAMS**                                           **PLAINTIFF**

v.                         No. 4:25-cv-348-DPM

**SOCIAL SECURITY**
**ADMINISTRATION, Commissioner**                                    **DEFENDANT**

## ORDER

On *de novo* review, the Court adopts Magistrate Judge Volpe's recommendation, *Doc. 13*, and overrules Williams's objections, *Doc. 14*. Fed. R. Civ. P. 72(b)(3). Notwithstanding Williams's concentration issues or his chronic pain, substantial evidence supports the ALJ's decision; and the Court sees no error of law. *Sloan v. Saul*, 933 F.3d 946, 949 (8th Cir. 2019). Williams's complaint will therefore be dismissed with prejudice.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 December 2025