IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WENDELL DALE WILLIAMS                                              PLAINTIFF

v.                          No. 4:25-cv-348-DPM

SOCIAL SECURITY
ADMINISTRATION, Commissioner                                      DEFENDANT

JUDGMENT

Williams's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 December 2025